**CASE NO. 26-3300**

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee,*

- vs -

**ERNEST A. FULLER, II,**

*Defendant-Appellant.*

_____

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

_____

**MOTION TO WITHDRAW
AND REQUEST FOR APPOINTMENT OF COUNSEL**

_____

**STEPHEN C. NEWMAN**
**Federal Public Defender**
**Ohio Bar: 005192**

**JUSTIN J. ROBERTS**
**Assistant Federal Public Defender**
**Ohio Bar: 0086168**
**10 East Commerce Street, Suite 230**
**Youngstown, Ohio 44503**
**330-746-6399**
**justin_roberts@fd.org**

Undersigned counsel moves to withdraw from this case and for the Court to appoint new counsel. It would be unethical and unreasonable for undersigned counsel and the Office of the Federal Public Defender for the Northern District of Ohio to continue as counsel for Ernest A. Fuller, II in this case because the appeal may be limited by the Plea Agreement and/or may involve a claim of ineffective assistance of counsel. For this reason and in the interest of justice, undersigned counsel requests this Court grant this motion to withdraw and to appoint new appellate counsel for Appellant Ernest A. Fuller, II.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 005192

/s/ Justin J. Roberts
JUSTIN J. ROBERTS
Assistant Federal Public Defender

Counsel for Ernest A. Fuller, II

1

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2026, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Pursuant to 6 Cir. R. 12(c)(4)(D), a copy was also sent via regular U.S. Mail to Ernest A. Fuller, II, 77669-511, Cuyahoga County Jail, 1215 West 3rd Street, Cleveland, OH 44113, notifying him that he has 14 days within which to respond to this motion.

/s/ Justin J. Roberts
JUSTIN J. ROBERTS
Assistant Federal Public Defender