## Appearance of Counsel

Appeal No.: **26-3300**

Case Title: **United States** vs. **Ernest Fuller, II**

List all clients you represent in this appeal:

**Ernest Fuller, II**

☑ Appellant ☐ Petitioner ☐ Amicus Curiae ☑ Criminal Justice Act
☐ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Tyler M. Caviness** Signature: s/ **Tyler M. Caviness**

Firm Name: **Law Office of Tyler M. Caviness**

Business Address: **625 Market Street, Suite 1000**

City/State/Zip: **Knoxville, TN 37902**

Telephone Number (Area Code): **(865) 936-9499**

Email Address: **tyler@cavinesslawfirm.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---